HON. JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA; GENERIC PHARMACEUTICAL ASSOCIATION; BIOTECHNOLOGY INDUSTRY ORGANIZATION; and CONSUMER HEALTHCARE PRODUCTS ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>KING COUNTY, WASHINGTON; KING COUNTY DEPARTMENT OF PUBLIC HEALTH; and DIRECTOR OF THE KING COUNTY DEPARTMENT OF PUBLIC HEALTH,<br><br>Defendants. | No. 2:13-cv-02151-JLR<br><br>STIPULATION OF DISMISSAL |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs and Defendants hereby stipulate to the dismissal of this action.

///

///

///

///

///

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

DATED this 10th day of June 2015.

McNAUL EBEL NAWROT & HELGREN PLLC

By: s/ Gregory J. Hollon
    Gregory J. Hollon, WSBA No. 26311
    600 University Street, Suite 2700
    Seattle, Washington 98101
    Phone: (206) 467-1816
    Fax:   (206) 624-5128
    Email: ghollon@mcnaul.com
*Attorneys for Plaintiffs*

DANIEL T. SATTERBERG
King County Prosecuting Attorney

By: s/ Amy Eiden
By: s/ Howard Schneiderman
    Amy Eiden, WSBA #35105
    Howard Schneiderman, WSBA #19252
    W400 King County Courthouse
    516 3rd Avenue, Seattle, WA 98104
    Phone: (206) 477-1120
    Fax:   (206) 296-0191
    E-Mail: amy.eiden@kingcounty.gov
    howard.schneiderman@kingcounty.gov
*Attorneys for King County*

JONES DAY

By: s/ Michael A. Carvin
By: s/ Christian G. Vergonis
    Michael A. Carvin, *Pro Hac Vice*
    Christian G. Vergonis, *Pro Hac Vice*
    51 Louisiana Avenue, N.W.
    Washington, D.C. 20001-2113
    Phone: (202) 879-3939
    Fax:   (202) 626-1700
    Email: macarvin@jonesday.com
           cvergonis@jonesday.com
*Attorneys for Plaintiffs*

STIPULATION OF DISMISSAL – Page 2

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Amy Kathleen Eiden: amy.eiden@kingcounty.gov
*Attorney for Defendants*

DATED this 10th day of June 2015.

By: /s/ Gregory J. Hollon
Gregory J. Hollon, WSBA No. 26311

STIPULATION OF DISMISSAL – Page 3

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816